# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA <br> SEALED <br> V. <br><br> ORAGE RUTHLEDGE | DOCKET NO: <br> 05-340 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> Orage Ruthledge <br><br> FILED <br> OCT 1 4 2005 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT | |
| DOB:        PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL USE OF A COMMUNICATIONS FACILITY;

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF COCAINE BASE WITHIN 1000 FEET OF A SCHOOL

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:843(b); 21:841(a)(1) and 841(b)(1)(B)(iii); 21:841(a)(1) and 841(b)(1)(A)(iii); and 21:860(a)

| BAIL FIXED BY COURT: <br> HW03 | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: <br> 9/13/05 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: <br> 9/13/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  9·13·05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  10·14·05 | SEAN McLEOD SDUSM | S. B. |
| HIDTA CASE:   Yes    No  X | | OCDETF CASE:   Yes    No  X |